MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625
*Attorney for Defendants*
*Derrick Bodtmann & Robert Merten*

By:   Angelo Cifelli
      Deputy Attorney General
      (609) 376-2440
      Angelo.Cifelli@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| LASHAWN D. FITCH, | HON. MICHAEL A. SHIPP, U.S.D.J. |
|  | HON. J. BRENDAN DAY, U.S.M.J. |
| Plaintiff, | |
|  | Docket No. 3:25-cv-00753-MAS-JBD |
| v. | |
|  | Civil Action |
| JEFFREY CROTHERS et al., | |
|  | **NOTICE OF MOTION TO DISMISS** |
| Defendants. | |

TO:   (Via CM/ECF)
      Clerk of the Court
      Clarkson S. Fisher Building & U.S. Courthouse
      402 East State Street
      Trenton, NJ 08608

Peter M. Kober, esq.
1864 Rte 70 East
Cherry Hill, NJ 08003

**PLEASE TAKE NOTICE** that, on January 20, 2026, Matthew J. Platkin, Attorney General of New Jersey (Angelo Cifelli, Deputy Attorney General, appearing), attorney for the defendants, Derrick Bodtmann and Robert Merten, shall move before the United States District Court, District of New Jersey, Vicinage of Trenton, for an Order dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE THAT** the undersigned will rely upon the Brief filed in support of the Motion.

It is respectfully requested that the Court consider this motion upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Fed. R. Civ. P. 78.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ Angelo Cifelli
       Angelo Cifelli
       Deputy Attorney General

DATED: December 26, 2025